**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DOROTHY WATSON | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | 07-cv-2705 |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING | : | |
| AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this ___4TH____ day of June, 2009, it is **ORDERED** that, upon

consideration of the defendant's Motion for Summary Judgment (Doc. #52), and the plaintiff's

response thereto, the defendant's motion is **GRANTED**, and this case shall be marked

**CLOSED**.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

_____

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: